AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.

**Wuendy Josefa Dubon-Gomez**
A200 579 355

AKA:

IAE  YOB:  1992
Guatemala

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:  M-14-0145-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 24, 2014** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Wuendy Josefa Dubon-Gomez was encountered by Border Patrol Agents near Rio Grande City, Texas, on January 24, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 24, 2014 near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States for the second (2nd) time on March 26, 2013 through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 7, 2011, the defendant was convicted of Burglary-Aggravated and was sentenced to three (3) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

January 25, 2014

Frediberto Hernandez  Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer