United States District Court
Southern District of Texas
FILED

FEB 0 5 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. M-14-162 |
| § § | |
| WUENDY JOSEFA DUBON-GOMEZ § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about January 24, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**WUENDY JOSEFA DUBON-GOMEZ**

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully was present in the United States having been found near Rio Grande City, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY